IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:12CR17 |
| vs. | ORDER |
| DUANE E. WALKER, | |
| Defendant. | |

**THIS MATTER** is before the court on the motion of Kelly M. Steenbock to withdraw as counsel for the defendant, Duane E. Walker (Filing No. 154). Jason E. Troia has filed an entry of appearance as retained counsel for Duane E. Walker. Therefore, Kelly M. Steenbock's motion to withdraw (Filing No. 154) will be granted.

Kelly M. Steenbock shall forthwith provide Jason E. Troia any discovery materials provided to the defendant by the government and any such other materials obtained by Kelly M. Steenbock which are material to Duane E. Walker's defense.

The clerk shall provide a copy of this order to Jason E. Troia.

**IT IS SO ORDERED.**

Dated this 25th day of April, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge